IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

SEAN K. FOLKS, )
 )
      Plaintiff, pro se, )
 )
vs. ) 1:05CV389
 )
UNITED STATES )
DRUG ENFORCEMENT AGENCY, )
CHARLES DAVIDSON, and )
KYLE YORK, )
 )
      Defendants. )

## J-U-D-G-M-E-N-T

For the reasons in an Order filed simultaneously herewith,

**IT IS HEREBY ORDERED AND ADJUDGED** that Defendants' motion for summary judgment (docket no. 16) is **GRANTED**.

_____
Wallace W. Dixon
United States Magistrate Judge

October 25, 2006